**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                   Case No. _____

**VAZQUEZ LOPEZ, CARLOS ANTONIO & CLAUDIO ROJAS, KELLY JOAN**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/19/2009**              ☐ AMENDED PLAN DATED: _____
☒ PRE ☐ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **12** = $ **2,400.00**
$ **450.00** x **48** = $ **21,600.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **24,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **24,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,774.00**

Signed: **/s/ CARLOS ANTONIO VAZQUEZ LOPEZ**
Debtor

**/s/ KELLY JOAN CLAUDIO ROJAS**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **FIRST BANK**     Cr. _____     Cr. _____
# **4160-000-228-526**     # _____     # _____
$ **1,450.00**     $ _____     $ _____
2. ☒ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ** Cr. _____     Cr. _____
# **13249610357402**     # _____     # _____
$ **15,285.00**     $ _____     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☒ Debtor otherwise maintains regular payments directly to:
**FIRST BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
*Any tax refunds received during the term of the Plan shall be paid into the plan as a additional payment.

Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to BBVA thru the Trustee in the sum $100.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to BBVA thru TRIPLE-S.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**     Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN