IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-06799-ESL13 |
|---|---|
| CARLOS A. VAZQUEZ LOPEZ<br>KELLY J. CLAUDIO ROJAS | CHAPTER 13 |
| DEBTORS | |

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COME NOW, **CARLOS A. VAZQUEZ LOPEZ** and **KELLY J. CLAUDIO ROJAS** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting an amended Plan dated October 12, 2009, herewith and attached to this motion.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtors, Carlos A. Vazquez Lopez and Kelly J. Claudio Rojas and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 12th day of October, 2009.

/s/ ***Roberto Figueroa Carrasquillo***
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE: **VAZQUEZ LOPEZ, CARLOS ANTONIO & CLAUDIO ROJAS, KELLY JOAN**
Debtor(s)

Case No. **09-06799-13**
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **10/12/2009**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **12** = $ **2,400.00**
$ **450.00** x **48** = $ **21,600.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **24,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
_____
☐ Other:
_____
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **24,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,774.00**

Signed: **/s/ CARLOS ANTONIO VAZQUEZ LOPEZ**
Debtor

**/s/ KELLY JOAN CLAUDIO ROJAS**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRST BANK**   Cr. _____   Cr. _____
# **4160-000-228-526**   # _____   # _____
$ **2,095.00**   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**   Cr. _____   Cr. _____
# **13249610357402**   # _____   # _____
$ **14,433.25**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRST BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
        ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to BBVA thru the Trustee in the sum $100.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to BBVA thru TRIPLE-S.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**   Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

VAZQUEZ LOPEZ, CARLOS ANTONIO
URB CAGUAS NORTE
L2 LIMA STREET
CAGUAS, PR 00725

HUERTAS JUNIOR COLLEGE
41 HECTOR R BUNKER ST
CAGUAS, PR 00725

CLAUDIO ROJAS, KELLY JOAN
URB CAGUAS NORTE
L2 LIMA STREET
CAGUAS, PR 00725

SEARS
PO BOX 6189
SIOUX FALLS, SD 57117

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

US DEP ED
501 BLEECKER ST
UTICA, NY 13501

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745

BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ 85072-3132

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076

DORAL FINANCIAL
1451 FD ROOSEVELT AVE
SAN JUAN, PR 00920

DPTO. DE TRANSPORTACION Y OBRAS PUBLICA
PO BOX 11889
SAN JUAN, PR 00922-1889

FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427

GEMB/PAYPLDC
PO BOX 981416
EL PASO, TX 79998